NO. 07-01-0092-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 30, 2001

______________________________

LONITA LEAL AND DANIEL LEAL, INDIVIDUALLY

AND AS NEXT FRIEND OF PAMELA LEAL, APPELLANTS

V.

IBP, INC. OF NEBRASKA AND TERRY ZIMMERMAN, APPELLEES

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NO. 83,580-B; HONORABLE JOHN B. BOARD, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

In this appeal, appellants Lonita Leal and Daniel Leal, individually and as next friend of Pamela Leal, sought to reverse a summary judgment in favor of appellees IBP, Inc. of Nebraska and Terry Zimmerman in their action for personal injuries sustained by Lonita Leal.  However, appellants have now filed a motion in which they seek to dismiss their appeal.  

Because appellants have complied with the requisites of Rule 42.1 of the Texas Rules of Appellate Procedure, we grant the motion to dismiss.  Accordingly, this appeal is hereby dismissed. 

Furthermore, because this dismissal is at the request of appellants and appellees have not contested the motion, no motion for rehearing will be entertained, and our mandate will issue forthwith.  

John T. Boyd

 Chief Justice

Do not publish.